The application is denied. There appears no error of law in the judgment complained of.

205 So.2d 606

**John H. PROCELL et ux.**

**v.**

**James A. STRANGE et al.**

**No. 49016.**

Jan. 18, 1968.

Writ refused. On the facts found by the Court of Appeal the result reached is correct.

205 So.2d 606

**STATE of Louisiana**

**v.**

**Joseph C. BERGERON, Jr.**

**No. 49040.**

Jan. 18, 1968.

Writs denied. There appears no error of law in the ruling complained of.